**Order entered February 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00708-CR

**MICKEY JOHN MCCORMICK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 12CL-0273-2**

## ORDER

Before the Court is the State of Texas's February 12, 2014 motion to extend the time to file its brief and permit the filing of the late brief. The Court **GRANTS** the State's motion. The State's brief is deemed filed as of the date of this order.

/s/    ADA BROWN
PRESIDING JUSTICE